UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Troy M Perillo  
    Kimberly S Perillo  
        Debtor(s)

Case No. 13 B 32298

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/13/2013.

2) The plan was confirmed on 11/21/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/26/2014.

5) The case was Dismissed on 10/30/2014.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,954.27 |
| Less amount refunded to debtor | $235.38 |

**NET RECEIPTS:** $4,718.89

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,868.89 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $199.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,068.65

Attorney fees paid and disclosed by debtor: $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A/R Concepts (Original Creditor:Medical) | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Account Adjustment Bur (Original Credito | Unsecured | 5,564.00 | NA | NA | 0.00 | 0.00 |
| Activity Collection Services Inc | Unsecured | 279.00 | 278.78 | 278.78 | 0.00 | 0.00 |
| Afni, Inc. (Original Creditor:At T) | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 2,936.00 | 2,936.19 | 2,936.19 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 379.60 | 379.60 | 0.00 | 0.00 |
| Arc (Original Creditor:Comed 26499) | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 980.00 | 980.61 | 980.61 | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 2,131.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 331.89 | 331.89 | 0.00 | 0.00 |
| Cashcity Loans | Unsecured | NA | 955.89 | 955.89 | 0.00 | 0.00 |
| Cb Accts Inc (Original Creditor:Medical) | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Chas McCarthy (Original Creditor:12 Kah | Unsecured | 3,226.00 | NA | NA | 0.00 | 0.00 |
| Check Systems | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys (Original Creditor:Medical) | Unsecured | 1,611.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 500.00 | 1,758.82 | 1,758.82 | 0.00 | 0.00 |
| Convergent Healthcare Recoveries | Unsecured | NA | 270.00 | 270.00 | 0.00 | 0.00 |
| Convergent Healthcare Recoveries | Unsecured | NA | 50.04 | 50.04 | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor: | Unsecured | 613.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & A (Original Credito | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial | Unsecured | 9,351.00 | 8,526.54 | 8,526.54 | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 21,815.00 | 21,815.00 | 21,815.00 | 0.00 | 0.00 |
| H&F Law (Original Creditor:08 Tcf Natio | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| Hoevel & Associates | Unsecured | 22,265.00 | 18,436.03 | 18,436.03 | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:At T | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:At T | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 853.38 | 853.38 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Lending Corporation | Unsecured | 500.00 | 1,091.56 | 1,091.56 | 0.00 | 0.00 |
| Main Street (Original Creditor:01 Santan | Unsecured | 11,402.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr (Original Creditor:Medical) | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 1,884.00 | NA | NA | 0.00 | 0.00 |
| Mrsi (Original Creditor:Ingalls Memorial | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 200.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 1,250.00 | 4,750.00 | 4,750.00 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| Nco Financial Systems, (Original Credito | Unsecured | 1,915.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 500.00 | 3,485.53 | 3,485.53 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 582.00 | 581.62 | 581.62 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,916.00 | 11,374.13 | 11,374.13 | 0.00 | 0.00 |
| Portfolio Recvry&Affil (Original Credito | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 212.12 | 212.12 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | 108.85 | 108.85 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 0.00 | 46.80 | 46.80 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 0.00 | 1,718.36 | 1,718.36 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 1,712.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec (Original Creditor:01 Comcas | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 1,294.00 | NA | NA | 0.00 | 0.00 |
| TRI State Financial | Secured | 1,800.00 | 2,304.00 | 1,800.00 | 601.76 | 48.48 |
| TRI State Financial | Unsecured | NA | 0.00 | 504.00 | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 821.05 | 821.05 | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 550.00 | 550.00 | 0.00 | 0.00 |
| USA Payday Loan | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| UW Med Foundation Inc DBA UW Health | Unsecured | 298.00 | 299.45 | 299.45 | 0.00 | 0.00 |
| Vision Financial Servi (Original Credito | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,800.00 | $601.76 | $48.48 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,800.00** | **$601.76** | **$48.48** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$83,766.24** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,068.65 |
| Disbursements to Creditors | $650.24 |
| **TOTAL DISBURSEMENTS** : | **$4,718.89** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/02/2015                By: /s/ Marilyn O. Marshall
                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**